UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

        NO. CIV. S-08-2490 FCD DAD PS

    Plaintiff,

  v.                  <u>ORDER OF NON-RELATED CASES</u>

GRANT JOINT UNION HIGH
SCHOOL DISTRICT, et. al.,

    Defendants .
_____/

CHADERICK A. INGRAM,

        NO. CIV. S-08-2547 LKK EFB PS

    Plaintiff,

  v.

SACRAMENTO POLICE
DEPARTMENT, et. al.,

    Defendants.
_____/

CHADERICK A. INGRAM,

        NO. CIV. S-08-2546 GEB DAD PS

    Plaintiff,

  v.

SACRAMENTO POLICE
DEPARTMENT, et. al.,

    Defendants.
_____/

```
 1  CHADERICK A. INGRAM,
                                              NO. CIV. S-08-2545 LKK DAD PS
 2          Plaintiff,

 3      v.

 4  SACRAMENTO POLICE
    DEPARTMENT, et. al.,
 5
            Defendants.
 6  _____/

 7
```

8    The undersigned judge declines to relate the above-captioned
9 cases pursuant to Local Rule 83-123(a).  Assignment of the
10 matters to the same judge is not likely to effect a substantial
11 savings of judicial effort or other economies.  Both actions
12 involve the same or similar defendants, but the actions involve
13 events specific to each party, the questions of fact are
14 different, the questions of law are not novel, it is not clear
15 that the same result should follow in both actions, and
16 assignment to different judges would not entail substantial
17 duplication of labor.

18    Therefore, CIV.S-08-2547 LKK EFB PS, CIV.S-08-2546 GEB DAD
19 PS, and CIV.S-8-2545 LKK DAD PS, shall not be reassigned to the
20 undersigned judge.

21    IT IS SO ORDERED.

22 DATED: October 29, 2008

23
                            _____
24                          FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE