IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

        Plaintiff,                No. CIV S-08-2546 GEB DAD PS

    vs.

SACRAMENTO POLICE
DEPARTMENT, et al.,             ORDER

        Defendants.

_____/

        Plaintiff has filed an amended complaint.  A party may amend his pleading once as a matter of course before being served with a responsive pleading.  Fed. R. Civ. P. 15(a)(1).  After a responsive pleading has been served, a party may amend his pleading "only with the opposing party's consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).

        The defendant in this case served and filed an answer to plaintiff's initial complaint on October 30, 2008.  The amended complaint dated and filed on November 4, 2008 was not filed as a matter of course and will be disregarded.  Plaintiff may contact defendant's counsel about the possibility of obtaining defendant's written consent to the filing of an amended complaint, or plaintiff may seek the court's leave by filing a motion for leave to amend.  Any motion for leave to amend must comply with the requirements of Local Rule 78-230, and a proposed amended complaint must be attached to the motion as an exhibit.

1        Plaintiff's amended complaint was accompanied by an application for waiver of

2   court fees and costs.  The required filing fees were paid by defendant when the case was removed

3   from state court, and there are no additional fees or costs to be paid in the district court at this

4   time.  Accordingly, plaintiff's application for waiver of court fees and costs will be denied as

5   unnecessary.

6        Plaintiff is advised that all documents submitted for filing in this case must be

7   captioned for filing in the United States District Court for the Eastern District of California.

8   Plaintiff is cautioned against using forms created for use in state courts, as such forms may cite

9   inapplicable authorities and may not meet federal standards.

10        IT IS ORDERED that:

11        1.  Plaintiff's amended complaint filed November 4, 2008 (Doc. No. 11) will be

12   disregarded; and

13        2.  Plaintiff's November 4, 2008 application for waiver of court fees and costs

14   (Doc. No. 10) is denied without prejudice.

15   DATED: November 6, 2008.

16

17   _____

18   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

19   DAD:kw
     Ddad1\orders.prose\ingram2546.ac.disregard

20

21

22

23

24

25

26

2